U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 17 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEBORAH ANN PARKER<br>on behalf of<br>Kelsey K. Parker<br>    Appellant | CIVIL ACTION<br>NO. 06-1054 |
| VERSUS | |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Parker's appeal be DENIED and DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 17th day of September, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE